Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 11 AM 11:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Francisco Brizuela, an individual,
Plaintiff,

vs

John E. Potter, Postmaster General, United States Postal Service, and Does 1 through 50, Inclusive,

Defendant.

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2313 JLS (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Douglas E. Geyman
750 B Street, Suite 2635
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

12/11/07
DATE

By J. HINES, Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)