UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO BRIZUELA,<br>Plaintiff,<br>v.<br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, and DOES 1 through 50, inclusive,<br>Defendants. | Civil No. 07cv2313-JLS (POR)<br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS** |

**PLEASE NOTE THAT SOME DATES HAVE CHANGED SINCE THE CASE MANAGEMENT CONFERENCE**

On May 14, 2008, the Court held a Settlement Conference. Doug Geyman, Esq., counsel for Plaintiff, Plaintiff Francisco Brizuela, and Cindy Cipriani, Esq., counsel for Defendants, appeared before the Court. The case did not settle. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Case Management Conference was held immediately thereafter. After consulting with the attorneys of record for the parties, and good cause appearing, IT IS HEREBY ORDERED:

1. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before **June 13, 2008**.

2. The parties shall designate their respective experts in writing by **August 11, 2008**. The parties must identify any person who may be used at trial to present evidence pursuant to Rules 702, 703 or 705 of the Fed. R. Evid. This requirement is not limited to retained experts. The date for exchange of rebuttal experts shall be on or before **August 22, 2008**. The written designations

shall include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list shall also include the normal rates the expert charges for deposition and trial testimony.

3. On or before **September 19, 2008**, each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure. This disclosure requirement applies to all persons retained or specially employed to provide expert testimony, or whose duties as an employee of the party regularly involve the giving of expert testimony.

4. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Rule 26(a)(2)(c)on or before **October 3, 2008**.

5. **Please be advised that failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Federal Rule of Civil Procedure 37 including a prohibition on the introduction of experts or other designated matters in evidence.**

6. All discovery shall be completed on or before **October 24, 2008**. *"Completed"* means that all discovery under Federal Rules of Civil Procedure 30-36 must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice, and response as set forth in the Federal Rules of Civil Procedure. All disputes concerning discovery shall be brought to the attention of this Court no later than thirty days following the date upon which the event giving rise to the discovery dispute occurred. Counsel shall meet and confer pursuant to the requirements of Federal Rule of Civil Procedure 26 and Local Rule 26.1(a) before contacting the Court regarding discovery disputes.

7. All motions, other than motions to amend or join parties, or motions in limine, shall be **FILED** on or before **November 21, 2008**.

Motions will not be heard or calendared unless counsel for the moving party has obtained a motion hearing date from the law clerk of the judge who will hear the motion. Be advised that the parties must file their moving papers within three days of receiving the motion hearing date from the Court. Be further advised that the period of time between the date you request a motion date and the hearing date may be **up to two months**. Please plan accordingly.

Briefs or memoranda in support of or in opposition to any pending motion shall not exceed 25 pages in length without permission of the judge or magistrate judge who will hear the motion. No reply memorandum shall exceed 10 pages without leave of the judge or magistrate judge who will hear the motion.

8. The parties shall file their Memoranda of Contentions of Fact and Law in compliance with Local Rule 16.1(f)(2), (3) and (4) and serve a copy on opposing counsel on or before **February 26, 2009**.

9. All parties or their counsel shall fully comply with the Pretrial Disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before **February 26, 2009**. *Failure to comply with these disclosures requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.*

10. Counsel shall meet and confer regarding the preparation of the Pretrial Order, and take the action required by Local Rule 16.1(f)(5), on or before **March 5, 2009**.

11. The final Pretrial Order, including objections any party has to any other parties' Pretrial Disclosures shall be prepared, served and lodged with the Clerk of the Court on or before **March 12, 2009**, and shall be in the form prescribed in and in compliance with Local Rule 16.1(f)(6). Counsel shall also bring a copy of the Pretrial Order for the Court to the Pretrial Conference.

12. The Pretrial Conference shall be held before the **Honorable Janis L. Sammartino**, United States District Court Judge, on **March 19, 2009** at **1:30 p.m.**

13. The dates and times set forth herein will not be further modified except for good cause shown.

14. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

DATED: May 19, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Janis L. Sammartino
all parties